

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 2-08-403-CR

KIRK CHARLES ARCHAMBAULT            APPELLANT

V.

THE STATE OF TEXAS            STATE

------------

FROM THE 16TH DISTRICT COURT OF DENTON COUNTY

------------

## MEMORANDUM OPINION[1]

------------

On November 3, 2008, appellant Kirk Charles Archambault filed a notice of appeal from his conviction and sentence imposed on July 28, 2008. No motion for new trial was filed; therefore appellant's notice of appeal was due August 27, 2008. *See* Tex. R. App. 26.2(a)(1). On November 6, 2008, we sent a letter to appellant's trial counsel stating our concern that we were

---

[1] *See* Tex. R. App. P. 47.4.

without jurisdiction because appellant's notice of appeal was untimely.  On November 19, 2008, we received a response from counsel stating that he had not been appointed to represent appellant on any appeal but that he had informed appellant that he had thirty days within which to file a notice of appeal in the district court and that appellant could request that an attorney be appointed for the appeal.

Because appellant's notice of appeal is untimely, we dismiss this appeal for want of jurisdiction.  *See* Tex. R. App. 25.2(b); 26.2(a).

PER CURIAM

PANEL:  CAYCE, C.J.; LIVINGSTON and DAUPHINOT, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:   January 8, 2009